IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| EON CORP. IP HOLDINGS, LLC, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) C.A. No. 13-910 (RGA) |
| | ) |
| AT&T MOBILITY LLC, | ) |
| | ) |
| Defendant. | ) |

## JOINT STIPULATION TO ENTER FINAL JUDGMENT

Plaintiff EON Corp. IP Holdings, LLC ("EON") and Defendant AT&T Mobility LLC ("AT&T") hereby jointly stipulate to and request that the Court enter a final Judgment as follows:

Whereas, EON has asserted that AT&T infringes claims 1-10 of U.S. Patent No. 5,663,757 (the "'757 Patent"). D.I. 49.

Whereas, AT&T has denied that it infringes any asserted claim of the '757 Patent. D.I. 197.

Whereas, the Court has found all asserted claims of the '757 Patent invalid as indefinite. D.I. 447, 448.

Whereas, in view of the Court's Order invalidating all asserted claims of the '757 Patent, EON's claims relating to infringement of the asserted claims are moot and no further claims remain for adjudication.

It is hereby stipulated by the parties, subject to the approval of the Court, that final judgment be entered in the form attached hereto in favor of AT&T Mobility LLC and against EON Corp. IP Holdings, LLC. This stipulation is made without prejudice to or waiver of EON's rights to appeal the final judgment so entered and such appellate rights are hereby preserved.

| FOX ROTHSCHILD LLP | MORRIS, NICHOLS, ARSHT & TUNNELL LLP |
|---|---|
| */s/ Gregory B. Williams* | */s/ Jack B. Blumenfeld* |
| Gregory B. Williams (#4195)<br>Wali W. Rushdan, II (#5796)<br>919 North Market Street, Suite 1300<br>Wilmington, DE 19899-2323<br>(302) 622-4211<br>gwilliams@foxrothschild.com<br>wrushdan@foxrothschild.com | Jack B. Blumenfeld (#1014)<br>1201 North Market Street<br>P.O. Box 1347<br>Wilmington, DE 19899<br>(302) 658-9200<br>jblumenfeld@mnat.com |
| *Attorneys for Plaintiff* | *Attorneys for Defendant* |

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| EON CORP. IP HOLDINGS, LLC, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) C.A. No. 13-910 (RGA) |
| | ) |
| AT&T MOBILITY LLC, | ) |
| | ) |
| Defendant. | ) |

**JOINT STIPULATED FINAL JUDGMENT**

For the reasons set forth in the Court's Memorandum Opinion and Order dated March 4, 2014 (D.I. 447 and 448) and in accordance with the joint stipulation of the parties:

IT IS ORDERED AND ADJUDGED that judgment be and is hereby entered in favor of AT&T MOBILITY LLC and against EON CORP. IP HOLDINGS LLC.:

SIGNED AND ENTERED this ____ day of March, 2014.

　　　　　　　　　　　　　　　　　　　　　　RICHARD G. ANDREWS
　　　　　　　　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE

(By)　　　Deputy Clerk