IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| EON CORP. IP HOLDINGS, LLC, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) C.A. No. 13-910 (RGA) |
| | ) |
| AT&T MOBILITY LLC, | ) |
| | ) |
| Defendant. | ) |

## JOINT STIPULATED FINAL JUDGMENT

For the reasons set forth in the Court's Memorandum Opinion and Order dated March 4, 2014 (D.I. 447 and 448) and in accordance with the joint stipulation of the parties:

IT IS ORDERED AND ADJUDGED that judgment be and is hereby entered in favor of AT&T MOBILITY LLC and against EON CORP. IP HOLDINGS LLC.:

SIGNED AND ENTERED this 18th day of March, 2014.

*[signature]*
RICHARD G. ANDREWS
UNITED STATES DISTRICT JUDGE

*[signature]*
(By)   Deputy Clerk